## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| _____ | : | |
| TIMOTHY TYLER, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | No. 3:16-CV-00456-MEM |
| | : | |
| CHESAPEAKE APPALACHIA, | : | |
| L.L.C., et al., | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

## **WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Kathryn E. Deal on behalf of Chesapeake

Energy Corporation, Chesapeake Appalachia, L.L.C., and Chesapeake Energy

Marketing, L.L.C. in the above referenced action.

Dated:  January 23, 2020.     /s/ Kathryn E. Deal _____
                              Kathryn E. Deal
                              PA Attorney ID No. 93891
                              Akin Gump Strauss Hauer & Feld LLP
                              Two Commerce Square, Suite 4100
                              Philadelphia, Pennsylvania 19103
                              Phone:  215-965-1219
                              Email:  kdeal@akingump.com

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 23rd day of January, 2020, I caused the foregoing Withdrawal of Appearance to be filed electronically using the Court's electronic filing system, and that the filing is available to counsel for all parties for downloading and viewing from the electronic filing system.

/s/ Kathryn E. Deal
Kathryn E. Deal