# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CHESAPEAKE APPALACHIA L.L.C., *et al.*,<br><br>*Defendants*. | No. 3:16-CV-00456<br><br>Hon. Malachy E. Mannion<br><br>Electronically Filed |

## NOTICE OF SUGGESTION OF PENDENCY OF BANKRUPTCY FOR CHESAPEAKE ENERGY CORPORATION, ET AL., AND AUTOMATIC STAY OF THESE PROCEEDINGS

**PLEASE TAKE NOTICE** that, on June 28, 2020, Defendant Chesapeake Energy Corporation and its subsidiaries, including, without limitation, Defendants Chesapeake Appalachia, L.L.C. and Chesapeake Energy Marketing, L.L.C. (collectively the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 ("Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Texas ("Bankruptcy Court"). The Debtors' chapter 11 cases are pending before the Honorable David R. Jones, United States Bankruptcy Judge, and joint administration has been requested under the lead case *In re Chesapeake Energy Corporation, et al.*, Case No. 20-33233 (collectively, the "Chapter 11 Cases"). A

copy of the voluntary petition of the lead Debtor, Chesapeake Energy Corporation, is attached hereto as **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 362(a) of the Bankruptcy Code, the Debtors' filing of their respective voluntary petitions gives rise to a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of any judicial, administrative, or other action or proceeding against the Debtors (i) that was or could have been commenced before the commencement of the Chapter 11 Cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Chapter 11 Cases; (b) the enforcement, against any of the Debtors or against any property of each of the Debtors' bankruptcy estates, of a judgment obtained prior to the commencement of the Chapter 11 Cases; and (c) any act to obtain possession of property of or from any of the Debtors' bankruptcy estates, or to exercise control over property of any of the Debtors' bankruptcy estates. No order has been entered in the Chapter 11 Cases granting relief from the automatic stay with respect to the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that pleadings filed in the Chapter 11 Cases may be obtained free of charge by visiting the website of Debtors' noticing and claims agent at https://dm.epiq11.com/chesapeake. You may also

obtain copies of any pleadings by visiting the Court's website at

https://www.txs.uscourts.gov/page/bankruptcy-court (PACER login and password

required) in accordance with the procedures and fees set forth therein.

>Respectfully submitted,
>
>/s/ John B. Dempsey
>Daniel T. Brier
>John B. Dempsey
>Myers Brier & Kelly, LLP
>425 Spruce Street, Suite 200
>Scranton, PA 18503
>
>Daniel T. Donovan (*pro hac vice*)
>Kirkland & Ellis LLP
>1301 Pennsylvania Avenue, NW
>Washington, D.C. 20004
> (202) 879-5000
>
>Seamus C. Duffy (*pro hac vice*)
>Akin Gump Strauss Hauer & Feld LLP
>Two Commerce Square
>2001 Market Street, Suite 4100
>Philadelphia, PA 19103
>
>*Attorneys for Defendants,*
>*Chesapeake Energy Corporation,*
>*Chesapeake Appalachia, L.L.C., and*
>*Chesapeake Energy Marketing, L.L.C.*

Date:  July 7, 2020

## **CERTIFICATE OF SERVICE**

I, John B. Dempsey, hereby certify that a true and correct copy of the foregoing Notice of Suggestion of Pendency of Bankruptcy and Automatic Stay of These Proceedings was served upon all parties who have appeared in this action via the Court's Electronic Case Filing System on this 7th day of July 2020.

/s/ John B. Dempsey
John B. Dempsey