UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER, et al., : | |
| Plaintiffs : | |
| : | CIVIL ACTION NO. 3:16-0456 |
| v. : | |
| : | (JUDGE MANNION) |
| CHESAPEAKE APPLACHIA, LLC, : | |
| CHESAPEAKE ENERGY CORP. | |
| and CHESAPEAKE ENERGY : | |
| MARKETING, LLC., | |
| : | |
| Defendants | |
| : | |

## O R D E R

Presently before the court is a Notice of Suggestion of Bankruptcy filed by the defendants. Accordingly, this case shall be **STAYED** and **ADMINISTRATIVELY CLOSED.**

Defense counsel shall file a status report every One Hundred Eighty (180) days regarding the status of the bankruptcy proceedings. Should circumstances change prior to this time, the defendants shall inform the court immediately.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

**DATED: August 12, 2020**
16-456-08