# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 3:16-0456 |
| v. | JUDGE MANNION |
| CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, and CHESAPEAKE ENERGY MARKETING, L.L.C., | ELECTRONICALLY FILED |
| Defendants. | |

## STATUS REPORT OF DEFENDANTS CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, AND CHESAPEAKE ENERGY MARKETING, L.L.C.

Pursuant to the Court's August 12, 2020 Order (ECF No. 64), Defendants Chesapeake Appalachia, L.L.C., Chesapeake Energy Corporation, and Chesapeake Energy Marketing, L.L.C. (collectively referred to herein as "Chesapeake") submit this report addressing the status of the voluntary Chapter 11 petitions of Chesapeake Energy Corporation and its subsidiaries in the United States Bankruptcy Court for the Southern District of Texas.

On July 7, 2020, Chesapeake submitted a notice of pendency of bankruptcy to this Court (ECF No. 63). Chesapeake then filed a Status Report on February 8, 2021 (ECF No. 65), emerged from bankruptcy on February 9, 2021, and filed a Status Report with the Court on February 22, 2021 (ECF No. 66).

On March 30, 2021, a Motion for Permissive Abstention was filed in the United States Bankruptcy Court for the Southern District of Texas, seeking, *inter alia*, abstention by the Bankruptcy Court so that plaintiffs may pursue and enforce purported post-Effective Date breaches in this Court and may have claims related to purported pre-Effective Date breaches determined in this Court (ECF No. 3359). A hearing on this motion is currently scheduled in the Bankruptcy Court on September 15, 2021 (ECF No. 3930).

Chesapeake will provide this Court with updates regarding this matter pursuant to the August 12, 2020 Order.

| | |
|---|---|
| Dated: August 20, 2021 | Respectfully submitted, |

*/s/ John B. Dempsey*
Daniel T. Brier
John B. Dempsey
MYERS BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

Daniel T. Donovan
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202)389-5200
daniel.donovan@kirkland.com

*Attorneys for Defendants,
Chesapeake Energy Corporation,
Chesapeake Appalachia, L.L.C., and
Chesapeake Energy Marketing, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

                                    */s/ John B. Dempsey*
                                    John B. Dempsey

                                    *Attorney for Defendants*