# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY TYLER**, *et al.*, | |
| **Plaintiffs,** | **CIVIL ACTION NO. 3:16-0456** |
| v. | **JUDGE MANNION** |
| **CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, and CHESAPEAKE ENERGY MARKETING, L.L.C.,** | **ELECTRONICALLY FILED** |
| **Defendants.** | |

## JOINT STIPULATION AND ORDER TO DISMISS PRE-EFFECTIVE DATE CLAIMS WITH PREJUDICE

Plaintiffs Timothy Tyler; Terri Tyler; Tim & Terri Family LP; Tyler 5 Family LP; Rodney Mowry; and Dianna Mowry (collectively "Plaintiffs") and Defendants Chesapeake Appalachia, L.L.C., Chesapeake Energy Corporation, and Chesapeake Energy Marketing, L.L.C. (collectively referred to herein as "Chesapeake") (Plaintiffs and Defendants collectively referred to herein as the "Parties") submit this joint stipulation dismissing with prejudice Plaintiffs' pre-Effective Date claims (defined herein).

WHEREAS, on March 15, 2016, the Plaintiffs initiated a putative class action lawsuit alleging, *inter alia*, that Defendants improperly deducted post-production costs from royalty payments to the Plaintiffs (ECF No. 1).

WHEREAS, on June 28, 2020, Chesapeake commenced chapter 11 cases by filing voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court"), styled as *In re Chesapeake Energy Corp.*, Case No. 20-33233 (DRJ) (Bankr. S.D. Tex.).

WHEREAS, on January 16, 2021, the Bankruptcy Court entered the Order Confirming Fifth Amended Joint Chapter 11 Plan of Reorganization of Chesapeake Energy Corporation and Its Debtor Affiliates (Case No. 20-33233, ECF No. 2915) (the "Confirmation Order"), confirming, as modified therein, the plan of reorganized attached thereto as Exhibit A (the "Plan").  On February 9, 2021, the effective date of the Plan occurred ("Effective Date").

WHEREAS, on July 27, 2023, Chesapeake filed with the Bankruptcy Court the Motion for Entry of an Order (I) Enforcing the Confirmation Order and Plan Against the Reorganized Debtors; and (II) Declaring the MEC Settlement and Non-MEC Settlement Null and Void (Case No. 20-33239, ECF No. 322).

WHEREAS, on August 11, 2023, the Parties filed with the Bankruptcy Court the Stipulation and Agreed Order Regarding Claims Asserted by the Tyler Plaintiffs, (Case No. 20-33239, ECF No. 330) ("Stipulation"), stating, "The Tyler Plaintiffs will dismiss with prejudice the pre-Effective Date claims against the Reorganized Debtors asserted in the Tyler Litigation."

WHEREAS, the Bankruptcy Court granted the Stipulation on August 24, 2023, (Case No. 20-33239, ECF No. 340) ("Stipulation Order").

WHEREAS, pursuant to the terms of the Stipulation Order, and in accordance with the Stipulation, the Parties hereby stipulate, subject to the approval of the Court, to an order and judgment dismissing the Plaintiffs' pre-Effective Date claims in this action, with prejudice.

NOW THEREFORE, the Parties, through their respective counsel, stipulate and agree, subject to approval of the Court, as follows:

1.     The Plaintiffs' pre-Effective Date claims in this action shall be dismissed, with prejudice;

2.     For clarity, any claims related to alleged conduct, issues or relief involving the time period through February 9, 2021 are dismissed, with prejudice;

3.     The dismissal of pre-Effective Date claims shall have no effect on the pre-Effective Date claims asserted in the proofs of claims and claims for administrative expenses filed by the Plaintiffs, and all rights and defenses of the Parties with respect to the proofs of claim and claims for administrative expenses are reserved; and

4.     Each party is to bear their own costs.

IT IS SO STIPULATED AND AGREED, this 6th day of September, 2023.


Dated:  September 6, 2023                    Respectfully submitted,

                                             */s/ Ira Neil Richards*
                                             /s/Ira Neil Richards
                                             Ira Neil Richards (PA 50879)
                                             Dilworth Paxson LLP
                                             1500 Market Street, Suite 3500E
                                             Philadelphia, PA 19102
                                             Voice: (215) 575-7061
                                             E-mail: irichards@dilworthlaw.com

                                             Aaron D. Hovan (PA 308412)
                                             154 Warren Street
                                             Tunkhannock, PA 18657
                                             (570) 836-3121

                                             Richard L. Huffsmith (PA 78895)
                                             28 East Tioga Street
                                             Tunkhannock, PA 18657
                                             (570) 240-4400

                                             Richard D. Greenfield (PA 9669)
                                             Greenfield & Goodman LLC
                                             250 Hudson Street, 8th Floor
                                             New York, NY 10013
                                             (917) 495-4446

                                             *Counsel for Plaintiffs and the Classes*

- 5 -

*/s/ John B. Dempsey*

Daniel T. Brier
John B. Dempsey
Richard L. Armezzani
MYERS, BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Daniel T. Donovan
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202) 389-5200
E-mail: daniel.donovan@kirkland.com

*Attorneys for Defendants,*
*Chesapeake Energy Corporation,*
*Chesapeake Appalachia, L.L.C., and*
*Chesapeake Energy Marketing, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ John B. Dempsey
John B. Dempsey

*Attorney for Defendants*