IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 3:16-0456 |
| v. | JUDGE MANNION |
| CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, and CHESAPEAKE ENERGY MARKETING, L.L.C., | ELECTRONICALLY FILED |
| Defendants. | |

**STATUS REPORT OF DEFENDANTS CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, <u>AND CHESAPEAKE ENERGY MARKETING, L.L.C.</u>**

Pursuant to the Court's August 12, 2020 Order (ECF No. 64), Defendants Chesapeake Appalachia, L.L.C., Chesapeake Energy Corporation, and Chesapeake Energy Marketing, L.L.C. (collectively referred to herein as "Chesapeake") submit this report addressing the status of the voluntary Chapter 11 petitions of Chesapeake Energy Corporation and its subsidiaries in the United States Bankruptcy Court for the Southern District of Texas (herein the "Bankruptcy Court").

On July 27, 2023, the Reorganized Debtors filed a Motion (the "Motion") with the Bankruptcy Court seeking entry of an order (a) enforcing the Confirmation Order and Plan, and requiring the plaintiffs in the Pennsylvania Royalty Cases (including this matter) to dismiss their pre-Effective Date claims against the Reorganized

Debtors; and (b) declaring that the MEC Settlement is null and void. Chesapeake Mot., *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Jul. 27, 2023) (Bankruptcy Court Docket No. 322). On August 11, 2023, Chesapeake and the Plaintiffs in this action (the "Tyler Plaintiffs") submitted to the Bankruptcy Court a Stipulation and Agreed Order Regarding Claims Asserted by the Tyler Plaintiffs. *See In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Aug. 11, 2023) (Bankruptcy Court Docket No. 330). That Stipulation and Agreed Order was adopted by the Bankruptcy Court on August 24, 2023. On September 6, 2023, the parties submitted to this Court a Joint Stipulation and Order to Dismiss Pre-Effective Date Claims with Prejudice. (ECF 73.)

On August 31, 2023, the Bankruptcy Court entered an Order (I) Enforcing the Confirmation Order and Plan; and (II) Declaring the MEC Settlement and the Non-MEC Settlement Null and Void. *See* Order, *In re Chesapeake Exploration, L.L.C.*, Case No. 20-33239 (DRJ) (Bankr. S.D. Tex. Jul. 27, 2023) (Docket No. 347) (herein referred to as the "Bankruptcy Court Order"). The MEC Class Plaintiffs filed a Notice of Appeal to the United States District Court for the Southern District of Texas on September 14, 2023. On January 9, 2024, the Clerk of Court set a briefing schedule in that appeal, ordering that appellant's brief be filed within 30 days, appellee's opposition brief be filed 30 days thereafter, and a reply brief be filed 14 days after the opposition brief. Appellants' brief was filed on February 8, 2024.

- 3 -

Chesapeake respectfully requests that the Court maintain the stay in this matter until the appeal before the United States District Court for the Southern District of Texas is resolved.

Dated: February 22, 2024

Respectfully submitted,

/s/ *John B. Dempsey*
Daniel T. Brier
John B. Dempsey
Richard L. Armezzani
MYERS BRIER & KELLY, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Daniel T. Donovan
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202)389-5200
daniel.donovan@kirkland.com

*Attorneys for Defendants,
Chesapeake Energy Corporation,
Chesapeake Appalachia, L.L.C., and
Chesapeake Energy Marketing, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ John B. Dempsey*
John B. Dempsey

*Attorney for Defendants*