Case Number: 3:16-cv-00456-KM Document Number: 82 User: AO Printed: 6/12/2024 12:44:42 PM

Richard D Greenfield
Greenfield & Goodman LLC
250 Hudson Street
8th Floor
New York, NY 10013

**FILED SCRANTON**
JUL 08 2024
PER _____
DEPUTY CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148
OFFICIAL BUSINESS

RETURN TO SENDER

US POSTAGE
FIRST-CLASS
ZIP 18501
02 7W
0008028835

**RECEIVED SCRANTON**
JUL 08 2024
PER ___DJ___
DEPUTY CLERK

NIXIE    100   EE 1          0107/04/
        RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 18501114848    *0619-03740-13-