Case Number: 3:16-cv-00456-KM Document Number: 90 User: EP Printed: 3/18/2025 2:23:41 PM

Richard D Greenfield
Greenfield & Goodman LLC
250 Hudson Street
8th Floor
New York, NY 10013

**FILED**
**SCRANTON**

JUL 16 2025

PER ___DJ___
DEPUTY CLERK

---

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX
SCRANTON, PA 18501-148

OFFICIAL BUSINESS

USMS X-RAY

NEW YORK NY 100
LEHIGH VALLEY PA
21 MAR 2025 PM 14
18 MAR 2025 PM 2
ZIP 18501
02
00080288351

**RECEIVED**
**SCRANTON**

JUL 16 2025

PER ___Amo___
DEPUTY CLERK

RETURN TO SENDER

NIXIE        100    5E 1         0107/10/

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 18501114848         *2119-01104-18