UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER,<br><br>            Plaintiffs<br><br>v.<br><br>CHESAPEAKE APPLACHIA, LLC, et al.,<br><br>            Defendants. | CIVIL ACTION NO. 3:16-CV-456<br><br>(MEHALCHICK, J.) |

### ORDER

**AND NOW,** this 16th day of September, 2025, **IT IS HEREBY ORDERED** that the parties shall file a joint status report in this matter within 90 days of this Order, or on or before **Monday, December 15, 2025**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States District Judge**