# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 3:16-0456 |
| v. | JUDGE MEHALCHICK |
| CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, and CHESAPEAKE ENERGY MARKETING, L.L.C., | ELECTRONICALLY FILED |
| Defendants. | |

## JOINT STATUS REPORT

The parties jointly submit this status report. Since the dismissal of the *Demchak* action, the parties have been in discussions related to the next steps in the litigation and potential settlement. In furtherance of potential settlement, the parties have agreed to exchange certain data. The parties request additional time to confer and respectfully request the matter remain stayed until further Order of Court, subject to the obligation to provide ongoing Joint Status Reports to the Court every thirty (30) days. In further of that request, the parties commit to providing a Joint Status Report on or before May 27, 2026.

Dated: April 27, 2026                    Respectfully submitted,


                                         /s/ Ira Neil Richards
                                         Ira Neil Richards
                                         DILWORTH PAXSON LLP
                                         1500 Market Street, Suite 3500E
                                         Philadelphia, PA 19102

                                         Aaron D. Hovan
                                         154 Warren Street
                                         Tunkhannock, PA 18657

                                         Richard L. Huffsmith
                                         28 East Tioga Street
                                         Tunkhannock, PA 18657

                                         Richard D. Greenfield
                                         GREENFIELD & GOODMAN LLC
                                         250 Hudson Street, 8" Floor
                                         New York, NY 10013

                                         *Counsel for Plaintiffs*

                                         /s/ John B. Dempsey
                                         Daniel T. Brier
                                         John B. Dempsey
                                         MYERS BRIER & KELLY, LLP
                                         425 Spruce Street, Suite 200
                                         Scranton, PA 18503

                                         Daniel T. Donovan
                                         KIRKLAND & ELLIS LLP
                                         1301 Pennsylvania Avenue, NW
                                         Washington, DC 20004
                                         Tel: (202) 389-5000
                                         Fax: (202)389-5200
                                         daniel.donovan@kirkland.com

                                         *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ John B. Dempsey
John B. Dempsey

*Attorney for Defendants*