## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY TYLER, *et al.*,

      Plaintiffs,

    v.

CHESAPEAKE APPALACHIA,
L.L.C., CHESAPEAKE ENERGY
CORPORATION, and CHESAPEAKE
ENERGY MARKETING, L.L.C.,

      Defendants.

CIVIL ACTION NO. 3:16-0456

JUDGE MEHALCHICK

ELECTRONICALLY FILED

## JOINT STATUS REPORT

The parties jointly submit this status report.  Since the dismissal of the Demchak action, the parties have been in discussions related to the next steps in the litigation and potential settlement.  In furtherance of potential settlement, the parties have agreed to exchange certain data.  The parties have exchanged information and data and continue to confer in good faith on next steps and potential settlement.  The parties request additional time to confer and respectfully request the matter remain stayed until further notice.  In furtherance of that request, the parties commit to providing a status report on or before June 26, 2026.

Dated: May 27, 2026

Respectfully submitted,

_/s/ Ira Neil Richards_

Ira Neil Richards
DILWORTH PAXSON LLP
1650 Market Street, Suite 1200
Philadelphia, PA 19103

Aaron D. Hovan
154 Warren Street
Tunkhannock, PA 18657

Richard L. Huffsmith
28 East Tioga Street
Tunkhannock, PA 18657

Richard D. Greenfield
GREENFIELD & GOODMAN LLC
250 Hudson Street, 8" Floor
New York, NY 10013

_Counsel for Plaintiffs_

_/s/ John B. Dempsey_

Daniel T. Brier
John B. Dempsey
MYERS BRIER & KELLY, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

Daniel T. Donovan
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 389-5000
Fax: (202)389-5200
daniel.donovan@kirkland.com

_Counsel for Defendants_

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ John B. Dempsey*
John B. Dempsey

*Attorney for Defendants*