# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TIMOTHY TYLER, *et al.*, | |
| Plaintiffs, | CIVIL ACTION NO. 3:16-0456 |
| v. | JUDGE MEHALCHICK |
| CHESAPEAKE APPALACHIA, L.L.C., CHESAPEAKE ENERGY CORPORATION, and CHESAPEAKE ENERGY MARKETING, L.L.C., | ELECTRONICALLY FILED |
| Defendants. | |

## JOINT STATUS REPORT

The parties jointly submit this status report. Since the dismissal of the *Demchak* action, the parties have been in discussions related to the next steps in the litigation and potential settlement. In furtherance of potential settlement, the parties have exchanged information and data, raised and responded to questions among counsel and continue to confer in good faith on next steps and potential settlement. The parties request additional time to confer and respectfully request the matter remain stayed until further notice. The parties expect to be in a position to provide the Court a proposed path forward by the date of the next proposed status report date, if acceptable. In furtherance of that request, the parties commit to providing a status report on or before August 6, 2026.

Dated: June 25, 2026                    Respectfully submitted,


                                        /s/ Ira Neil Richards
                                        Ira Neil Richards
                                        DILWORTH PAXSON LLP
                                        1650 Market Street, Suite 1200
                                        Philadelphia, PA 19103

                                        Aaron D. Hovan
                                        154 Warren Street
                                        Tunkhannock, PA 18657

                                        Richard L. Huffsmith
                                        28 East Tioga Street
                                        Tunkhannock, PA 18657

                                        Richard D. Greenfield
                                        GREENFIELD & GOODMAN LLC
                                        250 Hudson Street, 8" Floor
                                        New York, NY 10013

                                        *Counsel for Plaintiffs*

                                        /s/ John B. Dempsey
                                        Daniel T. Brier
                                        John B. Dempsey
                                        MYERS BRIER & KELLY, LLP
                                        425 Spruce Street, Suite 200
                                        Scranton, PA 18503

                                        Daniel T. Donovan
                                        KIRKLAND & ELLIS LLP
                                        1301 Pennsylvania Avenue, NW
                                        Washington, DC 20004
                                        Tel: (202) 389-5000
                                        Fax: (202)389-5200
                                        daniel.donovan@kirkland.com

                                        *Counsel for Defendants*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 25, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ John B. Dempsey*
John B. Dempsey

*Attorney for Defendants*